IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORVILLE RODRIGUEZ, :
    Petitioner, :
: 1:15-cv-1798
v. :
: Hon. John E. Jones III
CAPT. SPAULDING, :
    Respondent. :

## ORDER

**May 24, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge